# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DERRICK IRVIN, | No. CV 08-7925-AHS(CW) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| LEROY D. BACA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto.  The court has made a de novo determination with respect to those portions of the Report and Recommendation as to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Defendants' motions to dismiss (docket no. 30, filed June 7, 2010) be granted; (3) that the First Amended Complaint be dismissed without further leave to amend; and (4) that judgment be entered dismissing this action, with prejudice, for failure to state a claim.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:   March 4, 2011

                                      ALICEMARIE H. STOTLER
                                      ALICEMARIE H. STOTLER
                                  United States District Judge