# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN DERRICK IRVIN, | ) | No. CV 08-7925-AHS(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| LEROY D. BACA, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED:   March 4, 2011

*ALICEMARIE H. STOTLER*
—————————————————
ALICEMARIE H. STOTLER
United States District Judge